IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE | CASE NO. 20-03614 MCF |
|---|---|
| SIBELLE MARIE FREMAINT RAMIREZ | CHAPTER 13 |
| DEBTOR | |

**MOTION REQUESTING CONVERSION TO CHAPTER 7**

**TO THE HONORABLE COURT:**

**COMES NOW, SIBELLE MARIE FREMAINT RAMIREZ,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor may be a debtor under Chapter 7, 11 U.S.C. §701, et seq.

2. Debtor may convert a case under Chapter 13 to a case under Chapter 7 of Title 11 at any time, 11 U.S.C. §1307(a).

3. There have been no prior cases and no prior conversions.

4. The Schedules and Statement of Financial Affairs have been filed in the case and unless the court otherwise orders it shall be deemed filed in the Chapter 7 case, Rule 1019(1)(A), Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, debtor respectfully requests that this Honorable Court grant this motion, convert this Chapter 13 case to one under Chapter 7 and enter relief pursuant to Chapter 7 of Title 11, United States Code.

**I CERTIFY** that on this same date a copy of this notice was by the Clerk of the Court using CM/ECF systems which will send notifications of such the Chapter 13 Trustee; and also certify that I have mailed by United State Postal Service copy of this motion to the following non-CM/ECF participant debtor, Sibelle Marie Fremaint Ramirez; and to all

creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 29th day of October, 2021.

*/s/Roberto A. Figueroa Colón*
ROBERTO A. FIGUEROA COLON
USDC #300105
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO, PR 00970-1635
TEL NO: (787) 470-7699
EMAIL: rfigueroa@fslawpr.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 20-03614-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Thu Oct 28 13:43:37 AST 2021 | ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF<br>PO BOX 361110<br>SAN JUAN, PR 00936-1110 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | Banco Popular De Puert<br>PO Box 3228<br>San Juan, PR 00901 | FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION-(CODE 248)<br>PO BOX 9146 SAN JUAN PR, 00908-0146 |
| First Bank Puerto Rico<br>Attn: Bankruptcy/FirstLine Solutions<br>PO Box 9146<br>San Juan, PR 00908-0146 | First Bank Puerto Rico<br>San Juan, PR 00901 | First Federal Savings<br>San Juan, PR 00901 |
| Firstbank Puerto Rico<br>PO Box 9146<br>San Juan, PR 00908-0146 | Island Finance<br>PO Box 71504<br>San Juan, PR 00936-8604 | Island Portfolio Services, LLC as servicer o<br>PO BOX 361110<br>San Juan PR 00936-1110 |
| Toyota Credit Financial Services<br>PO Box 366251<br>San Juan, PR 00936-6251 | Toyota Credit de Puerto Rico<br>PO Box 9013<br>Addison, Texas 75001-9013 | Toyota Motor Credit Co<br>PO Box 9786<br>Cedar Rapids, IA 52409-0004 |
| Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO ARISTIDES FIGUEROA COLON<br>FIGUEROA & SERRANO PSC<br>PO BOX 1635<br>GUAYNABO, PR 00970-1635 | SIBELLE MARIE FREMAINT RAMIREZ<br>URB TERRANOVA<br>CALLE 3 C15<br>GUAYNABO, PR 00969-5428 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                  19 |